IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| KYRA CANNING, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Lead Civil Action No.: 3:20-cv-401 |
| | ) | |
| WILLIAM SMITH, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| JARROD BLACKWOOD, et al., | ) | |
| individually and on behalf of a class of | ) | |
| similarly situated individuals, | ) | |
| | ) | |
| Consolidated Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN/JANE DOES I-X, et al., | ) | |
| | ) | |
| Consolidated Defendants. | ) | |
| | ) | |
| | ) | |
| MARIA LOURDES MAURER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:20-cv-668 |
| | ) | |
| CITY OF RICHMOND, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DEFENDANTS WILLIAM SMITH AND
WILLIAM BLACKWELL'S MOTION TO DISMISS PLAINTIFF
MARIA LOURDES MAURER'S SECOND AMENDED COMPLAINT**

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendants William Smith ("Chief Smith") and

William Blackwell ("Chief Blackwell"), by and through the undersigned counsel, respectfully

move this Court to dismiss Plaintiff Maria Lourdes Maurer's ("Plaintiff" or "Ms. Maurer") Second Amended Complaint against them with prejudice. Ms. Maurer's Second Amended Complaint fails to state a claim against Chief Smith or Chief Blackwell upon which relief can be granted. In support of this Motion, Chief Smitha and Chief Blackwell submit their Memorandum of Law that was filed contemporaneously with this Motion.

WHEREFORE, Chief Smith and Chief Blackwell, by counsel, respectfully request that this Court grant this Motion and dismiss Plaintiff's Second Amended Complaint against Chief Smith and Chief Blackwell with prejudice because the allegations in Count III do not state a claim upon which relief can be granted.

Respectfully submitted,

By:    /s/ *Steven D. Brown*
Steven D. Brown (VSB No. 42511)
Lindsey A. Strachan (VSB No. 84506)
IslerDare P.C.
1111 East Main Street, Suite 1605
Richmond, Virginia 23219
Telephone: (804) 489-5501
Facsimile: (804) 234-8234
sbrown@islerdare.com
lstrachan@islerdare.com
*Counsel for Defendants*
*William Smith and William Blackwell*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of November 2020, a true and accurate copy of the foregoing Defendants William Smith and William Blackwell's Motion to Dismiss Plaintiff Maria Lourdes Maurer's Second Amended Complaint has been filed with the Clerk of Court using the Court's CM/ECF filing system, which will then send notification of such filing (NEF) to the following:

Geoffrey R. McDonald, Esq.
Theodore W. Briscoe III, Esq.
Geoff McDonald & Associates, P.C.
8720 Stony Point Parkway, Suite 250
Richmond, Virginia 23235
Telephone: (804) 888-8888
Facsimile: (804) 359-5426
gmcdonald@mcdonaldinjurylaw.com
tbriscoe@mcdonaldinjurylaw.com
*Counsel for Plaintiff Maurer*

Seth R. Carroll, Esq.
Mark D. Dix, Esq.
Conner Bleakley, Esq.
Commonwealth Law Group, PLLC
3311 West Broad Street
Richmond, Virginia 23230
Telephone: (804) 999-9999
Facsimile: (866) 238-6415
mdix@hurtinva.com
scarroll@hurtinva.com
cbleakley@hurtinva.com

Jonathan E. Halperin, Esq.
Andrew Lucchetti, Esq.
Isaac A. McBeth, Esq.
Huyen Thanh Vu, Esq.
Halperin Law Center, LLC
5225 Hickory Park Drive, Suite B
Glen Allen, Virginia 23059
Telephone: (804) 527-0100
Facsimile: (804) 597-0209
jonathan@hlc.law
andrew@hlc.law
isaac@hlc.law
*Counsel for Plaintiff Canning*

Richard E. Hill, Jr., Esq.
Office of the City Attorney
900 East Broad Street
Richmond, Virginia 23219
Telephone: (804) 646-7946
Facsimile: (804) 646-7939
Richard.e.hill@richmondgov.com
*Counsel for the City of Richmond*

Erin R. McNeill, Esq.
Blaire H. O'Brien, Esq.
202 North 9th Street
Richmond, Virginia 23219
Telephone: (804) 747-5200
Facsimile: (804) 747-6085
emcneill@oag.state.va.us
bo'brien@oag.state.va.us
*Counsel for Gary Settle*

Thomas Hunt Roberts, Esq.
Andrew Thomas Bodoh, Esq.
Thomas H. Roberts & Associates, PC
105 South First Street, Suite A
Richmond, Virginia 23219
Telephone: (804) 783-2000
Facsimile: (804) 783-2105
tom.roberts@robertslaw.org
andrew.bodoh@robertslaw.org
*Counsel for Consolidated Plaintiffs*

By:    /s/ *Steven D. Brown*
    Steven D. Brown (VSB No. 42511)
    Lindsey A. Strachan (VSB No. 84506)
    ISLERDARE P.C.
    1111 East Main Street, Suite 1605
    Richmond, Virginia 23219
    Telephone: (804) 489-5500
    Facsimile: (804) 234-8234
    Email: sbrown@islerdare.com
    Email: lstrachan@islerdare.com
    *Counsel for Defendants*
    *William Smith and William Blackwell*